**DISMISS; and Opinion Filed November 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

___

### No. 05-15-00583-CV

___

### MARJORIE WASHINGTON, Appellant
### V.
### TURBO TIRES AND CARLOS MARANO, Appellees

___

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04710-B**

___

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated August 6, 2015, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We expressly cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/David J. Schenck/

DAVID J. SCHENCK
JUSTICE

150583F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARJORIE WASHINGTON, Appellant

No. 05-15-00583-CV        V.

TURBO TIRES AND CARLOS MARANO,
Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-04710-B.
Opinion delivered by Justice Schenck.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Turbo Tires and Carlos Marano recover their costs, if any, of this appeal from appellant Marjorie Washington.

Judgment entered this 2nd day of November, 2015.